UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re. | No. C 07-1581 SI (pr) |
| | No. C 07-1675 SI (pr) |
| VINCENT ROSENBALM, | No. C 07-1724 SI (pr) |
| | No. C 07-1781 SI (pr) |
| Plaintiff. | **JUDGMENT** |

Each of these actions is dismissed without prejudice to plaintiff asserting his claims in an action for which he pays the full filing fee at the time he files his complaint.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 12, 2007

SUSAN ILLSTON
United States District Judge